IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

PROVIDENT MEDICAL CORP OF APALACHIC     CASE NO.: 97-07175-TLH4
Emerald Coast Emer. Medical Service              CHAPTER 7

    Debtor(s).
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS PURSUANT TO U.S.C. § 347

Trustee, William J. Miller, Jr., pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No: | Claimant Name/Address | Dividend |
|---|---|---|
| 122 | Unicare Life and Health<br>1350 Main St. 11N-1<br>Springfield, Ma. 01103 | 2,532.75 |
| 135 | Apalach Bldg Supply<br>129 Commerce St.<br>Apalachicola, Fl. 32320 | 68.39 |

The checks mailed to these creditors at the above addresses on 5/20/09 , have neither been negotiated within the requested 90-day period nor returned to the Trustee by the postal service.

        /s/WILLIAM J. MILLER, JR.
        WILLIAM J. MILLER, JR.
        William J. Miller, Jr., PLC
        Post Office Box 37003
        Tallahassee, Florida 32315

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Unclaimed Funds has been furnished electronically or by regular U.S. Mail to the above-named creditor(s) and the Office of the U.S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida, 32301 on the date this document was filed with the Court.  *Note: For verification of the date of service, please check the docket entry for this document.*

/s/WILLIAM J. MILLER, JR.
WILLIAM J. MILLER, JR.